WR-83,231-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/4/2015 3:19:25 PM
Accepted 5/5/2015 8:13:25 AM
ABEL ACOSTA
CLERK

**WRIT NO. W08-48759-N(A)**

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE 195th JUDICIAL** |
| | | RECEIVED |
| | | COURT OF CRIMINAL APPEALS<br>5/5/2015<br>ABEL ACOSTA, CLERK |
| | § | **DISTRICT COURT** |
| **JAMES MICHAEL GIRALDO** | § | **DALLAS COUNTY, TEXAS** |

<u>**COURT'S REQUEST FOR EXTENSION OF TIME TO RESOLVE CLAIMS
RAISED IN HABEAS APPLICATION**</u>

Applicant, James Michael Giraldo, filed an application for writ of habeas corpus on October 31, 2014. This application was received by the State on November 4, 2014. This Court entered an Order Designating Issues on November 20, 2014. The 180-day time period for resolving the issue designated has arrived and this Court has not yet completed its investigation of applicant's claims. This Court requests an additional 120 days to complete its investigation and enter findings of fact and conclusions of law. *See* Tex. R. App. P. 73.5 (providing that the convicting court may file a motion for extension of time in the Court of Criminal Appeals).

Respectfully submitted,

Judge Fred Tinsley
195th Judicial District Court
Dallas County, Texas

1

# WRIT NO. W08-48759-N(A)

| EX PARTE | § | IN THE 195th JUDICIAL |
| | § | DISTRICT COURT OF |
| JAMES MICHAEL GIRALDO | § | DALLAS COUNTY, TEXAS |

## PARTIES' PROPOSED ORDER DESIGNATING ISSUES

Pursuant to Art. 11.07, Sec. 3(d), the Court enters the following order.

The Court finds that there are controverted, previously unresolved facts which are material to the legality of the Applicant's confinement. These unresolved facts are as follows:

1. Did Applicant receive ineffective assistance of counsel at the punishment phase of trial?

The Court will resolve these issues by affidavits, depositions, interrogatories, and/or by an evidentiary hearing.

The Clerk of the Court shall not transmit the files and records concerning this Application for Writ of Habeas Corpus to the Court of Criminal Appeals until the Court resolves these controverted, previously unresolved facts.

SIGNED AND ENTERED on this _20_ day of _November_, 2014.

_Fred Tinsley_
JUDGE PRESIDING

Order Designating Issues - Page 1